IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JSC HOLDINGS, LLC f/k/a BPC HOLDINGS, LLC, JSC ENTERPRISES, LLC f/k/a BPC ENTERPRISES, LLC, JEREMY SMITH, TINA SMITH (individually and as Trustee of Smith Holdings Land Trust), SMITH HOLDINGS LAND TRUST, and JSMITH NC DESTINATION MANAGEMENT, LLC, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

CASE NO. 5:24-CV-202-FL
DISTRICT JUDGE FLANAGAN

## ORDER GRANTING JOINT MOTION TO TEMPORARILY STAY ACTION

THIS MATTER came before the Court upon the Joint Motion to Temporarily Stay Action and Notice of Settlement in Principle (the "Joint Motion") filed by Plaintiff Westfield Insurance Company ("Westfield") and Defendants JSC Holdings, LLC f/k/a BPC Holdings, LLC, JSC Enterprises, LLC f/k/a BPC Enterprises, LLC, Jeremy Smith, Tina Smith (individually and in her capacity as Trustee of Defendant Smith Holdings Land Trust), Smith Holdings Land Trust, and JSmith NC Destination Management, LLC (collectively, the "Defendants"). Upon consideration of the Joint Motion, the consent of the Plaintiff and the Defendants (collectively, the "Parties"), and for good cause shown, the Court is of the opinion that the Joint Motion is well taken and should be GRANTED.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

The Court temporarily stay this action for sixty days to enable the Parties to attempt to effectuate the terms of their settlement in principle and thereby effectuate the dismissal of the Plaintiff's claims against the Defendants with prejudice in this action.

Enter this 26th day of September, 2024

_____
DISTRICT JUDGE FLANAGAN

APPROVED FOR ENTRY:

/s/ Jeffrey S. Price
Jeffrey S. Price N.C. Bar No. 42590
MANIER & HEROD
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
Phone: (615) 244-0030
Fax: (615) 242-4203
jprice@manierherod.com

*Attorney for Westfield Insurance Company*

/s/ George Mason Oliver, w/ permission by JSP
George Mason Oliver, NC Bar No. 26587
PO Box 1548
New Bern, NC 28563-1548
Phone: (252) 633-1930
Fax: 252) 633-1950
george@olivercheek.com

*Attorney for JSC Holdings, LLC f/k/a BPC Holdings, LLC;*
*JSC Enterprises, LLC f/k/a BPC Enterprises, LLC;*
*Jeremy Smith, Tina Smith (individually and as Trustee of*
*Smith Holdings Land Trust); Smith Holdings Land Trust,*
*and JSmith NC Destination Management, LLC*